**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: March 25, 2014**



Jeffery P. Hopkins
United States Bankruptcy Judge

_____

```
              UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF OHIO
                     WESTERN DIVISION

IN RE:                          :      CASE NO. 13-10234
                                       CHAPTER 13
JOHN E. FERGUSON
TERESA A. FERGUSON

                                :      JUDGE HOPKINS
      DEBTOR(S)
                                :      AGREED ORDER TO MODIFY PLAN
```

        The Chapter 13 Trustee, Margaret A. Burks, and debtor(s) Counsel, Harold Jarnicki, Esq., agree to modify this plan by increasing the percentage to unsecured creditors to 100%.

        The case is modified so that the case meets the applicable commitment period of 60 months of funding under 11 U.S.C. Sec. 1325(b)(1)&(b)(4); <u>In re Baud</u>, 634 F.3d 327 (6th Cir. 2011). No other creditors and/or parties in interest are adversely affected by this modification.

        SO ORDERED.

AGREED BY:



/s/ Margaret A. Burks
Margaret A. Burks, Esq.
Chapter 13 Trustee
Attorney Reg. No. OH 0030377

Francis J. Dicesare, Esq.
Staff Attorney
Attorney Reg. No. OH 0038798

Guinevere D. O'Shea, Esq.
Staff Attorney
Attorney Reg. No.  OH 0086523

600 Vine Street
Suite 2200
Cincinnati, OH  45202
513 621-4488
513 621-2643  Facsimile



/s/ Harold Jarnicki – Per fax authorization dated 3/22/2014

Harold Jarnicki, Esq
Debtor(s)' Counsel
Attorney Reg. No. OH 0027595
576 Mound Court, Suite B
Lebanon, OH 45036
513 932-5792
513 932-5443 Facsimile



Copies to: Default List

                                # # #